STEPHEN PEABODY, JR., AND COMPANY, Appellant, *v.* TRAVELERS INSURANCE COMPANY, Respondent.

(Argued December 4, 1928; decided December 31, 1928.)

*Francis R. Holmes* and *Julian S. Eaton* for appellant.
*William J. Moran* and *Louis P. Galli* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.